Peter S. VINAL, Plaintiff–Appellant,

v.

SUNTRUST MORTGAGE
INCORPORATED, Defendant–Appellee,

and

Federal National Mortgage Association;
Joseph C. Irving; Kathy B. Bagby;
Safeguard Properties LLC; John
Does, to be named later, Defendants.

No. 14–1233.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 29, 2014.

James W. Lea, III, The Lea/Schultz
Law Firm, P.C., Wilmington, North Car-
olina, for Appellant. Camden R. Webb,
Elizabeth C. Stone, Williams Mullen, Ra-
leigh, North Carolina, for Appellee.

Before AGEE and THACKER, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Peter S. Vinal seeks to appeal the dis-
trict court's order granting Defendant
SunTrust Mortgage Inc.'s motion to dis-
miss Vinal's complaint for failure to state a
claim under Fed.R.Civ.P. 12(b)(6), and dis-
missing SunTrust as a defendant. This
court may exercise jurisdiction only over
final orders, 28 U.S.C. § 1291 (2012), and
certain interlocutory and collateral orders,
28 U.S.C. § 1292 (2012); Fed.R.Civ.P.
54(b); *Cohen v. Beneficial Indus. Loan
Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221,
93 L.Ed. 1528 (1949). The order Vinal
seeks to appeal is neither a final order nor
an appealable interlocutory or collateral
order, as the claims against Defendant
Safeguard Properties, LLC, remain pend-
ing in the district court. Accordingly, we
dismiss the appeal as interlocutory. *See
Dickens v. Aetna Life Ins. Co.*, 677 F.3d
228, 229–30 (4th Cir.2012) (holding that
this court is required to inquire into its
jurisdiction sua sponte).

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*DISMISSED.*